UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SETH DOWNING, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:23-cv-300 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| SERGHEY BOTEZAT & KNOX COUNTY, TENNESSEE, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT

In accordance with the contemporaneously filed Memorandum Opinion and Order, Defendant/Cross-Plaintiff Serghey Botezat's Motion for Summary Judgment [Doc. 43] is **GRANTED**, Plaintiff/Counter-Defendant Seth Downing's Motion for Summary Judgment [Doc. 46] is **DENIED**, and Defendant/Cross-Defendant Knox County, Tennessee's Motion for Summary Judgment [Doc. 49] is **GRANTED IN PART** and **DENIED IN PART**. The remaining motions [Docs. 41–42, 53, 66] are **DENIED AS MOOT**. As resolution of these motions disposes of all remaining issues in this case, the Court enters final judgment. The Clerk is **DIRECTED** to close this file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT